JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY FKA IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES I to 15,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01371-SSS-SHKx<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>*[F.R.C.P. Rule 41(a)]*<br><br>District Judge:　Sunshine Suzanne Sykes<br>Courtroom:　2<br><br>Magistrate Judge:　Shashi H. Kewalramani<br>Courtroom:　3 and 4, 3rd Floor<br><br>Action Filed:　June 23, 2021<br>Trial:　September 6, 2022 |

- 1 -　　Case No.: 5:21-cv-01371-SSS-SHK
ORDER RE: JOINT STIPULATION OF DISMISSAL

1  Pursuant to Plaintiff AMERICAN FAMILY CONNECT PROPERTY AND
2  CASUALTY INSURANCE COMPANY ("Plaintiff") and Defendant HOME
3  DEPOT U.S.A., INC.'s ("Defendant") (collectively, the "Parties") Joint
4  Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS
5  as follows:
6  1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-
7  captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 19, 2022

_____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE